# EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | BENTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BENTON | ) | CAUSE NO.: 04C01-2012-CT-000145 |

| | |
|---|---|
| JOSHUA KUMMER and ALLISANDRA KUMMER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| MATTHEW ARMSTRONG, G.G. BARNETT TRANSPORT, INC. and REDFORD TRUCK LINE, INC., | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF, JOSHUA KUMMER'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSION**

Comes now the Plaintiff, Joshua Kummer, by counsel, and in accordance with Trial Rule 33, submits the following answers to Defendants' Request for Admissions.

**Request for Admission No. 1:** The total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000.

**RESPONSE:** Deny.

**Request for Admission No. 2:** Plaintiff will not personally seek damages from the Defendants in excess of $75,000 at the trial of this matter.

**RESPONSE:** Deny.

        Respectfully submitted,

        KELLER & KELLER LLP

        */s/ Ryan Johnson*
        Ryan Johnson, #24252-49
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

On 01/15/21, I electronically filed and served the foregoing document through the Indiana ECF system:

Christopher R. Whitten
Matthew K. Phillips
Whitten Law Office
6801 Gray Road, Suite H
Indianapolis, IN  46237

        */s/ Ryan Johnson*
        Ryan Johnson

KELLER & KELLER LLP
2850 N. MERIDIAN ST.
INDIANAPOLIS, IN 46208
TELEPHONE: (317) 926-1111

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | BENTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BENTON | ) | CAUSE NO.: 04C01-2012-CT-000145 |

JOSHUA KUMMER and )
ALLISANDRA KUMMER, )
                         )
        Plaintiffs, )
                         )
  vs. )
                         )
MATTHEW ARMSTRONG, )
G.G. BARNETT TRANSPORT, INC. and )
REDFORD TRUCK LINE, INC., )
                         )
        Defendants. )

**PLAINTIFF, ALLISANDRA KUMMER'S ANSWERS TO DEFENDANTS' FIRST REQUEST FOR ADMISSION DIRECTED TO**

Comes now the Plaintiff, Allisandra Kummer, by counsel, and in accordance with Trial Rule 33, submits the following answers to Defendants' Request for Admissions.

**Request for Admission No. 1:** The total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000.

**RESPONSE:** Deny.

**Request for Admission No. 2:** Plaintiff will not personally seek damages from the Defendants in excess of $75,000 at the trial of this matter.

**RESPONSE:** Deny.

        Respectfully submitted,

        KELLER & KELLER LLP

        /S/ Ryan Johnson
        Ryan Johnson, #24252-49
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

On 01/15/2021, I electronically filed and served the foregoing document through the Indiana ECF system:

Christopher R. Whitten
Matthew K. Phillips
Whitten Law Office
6801 Gray Rd., Suite H
Indianapolis, IN  46237

        /s/ Ryan Johnson
        Ryan Johnson

KELLER & KELLER LLP
2850 N. MERIDIAN ST.
INDIANAPOLIS, IN 46208
TELEPHONE: (317) 926-1111