UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JOSHUA KUMMER and ALLISANDRA KUMMER, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Cause No. 4:21-CV-6-PPS-JPK |
| MATTHEW ARMSTRONG, ) G.G. BARNETT TRANSPORT, INC., and ) REDFORD TRUCK LINE, INC., ) ) | |
| Defendants. ) | |

## DISMISSAL ORDER

The Parties' Joint Stipulation of Dismissal with Prejudice [DE 13] is **GRANTED**.

This action is **DISMISSED WITH PREJUDICE**. Each party to bear its own fees and costs. The Clerk is directed to close this case.

**SO ORDERED on September 8, 2021.**

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT